PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**

June 14, 2021

CLERK, U S  DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ ps _____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jose Deleon | Case Number: | SA-15-CR-00585-DAE(2) |

Name of Sentencing Judicial Officer:   Honorable David A. Ezra, Senior United States District Judge

Date of Original Sentence:   February 22, 2016

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§841 (a)(1), (b)(1)(B) and 21 U.S.C. § 846

Original Sentence:   Sixty (60) months imprisonment followed by Sixty (60) months supervised release

Type of Supervision:   Supervised Release         Date Supervision Commenced:   October 30, 2019

Assistant U.S. Attorney:   Bettina J. Richardson         Defense Attorney:   John Fahle III

### PREVIOUS COURT ACTION

**Modification:** On April 14, 2020, a 12B – Request for Modifying the Conditions of Term of Supervision with Consent of the Offender was submitted to the court requesting inpatient treatment for substance use.

### PETITIONING THE COURT

☒  To issue a warrant
☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance



A true copy of the original, I certify.
Clerk, U.S. District Court
By_____ MGR _____
June 15, 2021         Deputy

Jose Deleon
SA-15-CR-00585-DAE(2)
June 2, 2021
Page 2

1.

**Mandatory Condition No. 3:** **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.**

On January 6, 2021, Deleon was referred to Lifetime Recovery Outpatient Drug Treatment. However, Mr. Deleon admitted use of heroin on April 1, 2021, and requested treatment. As such, Deleon was withdrawn from the outpatient program on April 6, 2021, and referred to residential Drug Treatment. *(This violation was previously reported on a 12B- Request for Modifying the Conditions of Term of Supervision with Consent of the Offender, filed on April 14, 2021.)*

Deleon commenced Inpatient Drug Treatment at Lifetime Recovery on May 20, 2021. Later the same day, Deleon admitted use and submitted a urine sample which subsequently tested positive for Heroin.

2.

**Special Condition:** **The defendant shall submit to an evaluation for residential, substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.**

Jose Deleon was referred to Lifetime Inpatient Drug Treatment Program and commenced treatment on May 20, 2021. On May 21, 2021, Jose Deleon went unaccounted from Lifetime Recovery Inpatient Treatment Facility as he left without permission. Deleon was discharged from Lifetime Recovery Inpatient Program on May 21, 2021.

**U.S. Probation Officer Recommendation:**

Mr. Deleon commenced his term of supervised release on October 30, 2019, and his substance abuse history consists of marijuana, cocaine and heroin use. Mr. Deleon tested positive for cocaine on December 20, 2019. On January 6, 2021, Deleon was referred to Lifetime Recovery Outpatient Drug Treatment. However, Mr. Deleon admitted use of

Jose Deleon
SA-15-CR-00585-DAE(2)
June 2, 2021
Page 3

heroin on April 1, 2021, and requested treatment.  As such, Deleon was withdrawn from the outpatient program on April 6, 2021, and referred to residential Drug Treatment.

On April 14, 2021, a 12B – Request for Modifying the Conditions of Term of Supervision with Consent of the Offender was approved for Mr. Deleon to be placed into Inpatient Treatment for substance abuse.  Mr. Deleon entered Inpatient treatment on May 20, 2021. Later the same day, Deleon admitted use of heroin and submitted a urine sample which subsequently tested positive for Heroin.

On May 21, 2021, Jose Deleon went unaccounted from Lifetime Recovery Inpatient Treatment Facility as he left without permission.

Based on the aforementioned information, this officer respectfully recommends a warrant be issued for his arrest and a hearing be held to show cause as to why his term of supervised release should not be revoked.

☒  The term of supervision should be

    ☒  revoked. (Maximum penalty: __3___  years imprisonment; __Up to Life_ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐  extended for __ years, for a total term of __ years.

☐  The conditions of supervision should be modified as follows:

Approved:

Juan M. Peralez
Supervising U.S. Probation Officer
Telephone:  (210) 472-6590, Ext.  5366

Respectfully submitted,

David M. Vernon
U.S. Probation Officer
Telephone:  (210) 472-6590, Ext.  5334
Date:  June 2, 2021

cc:   Bettina J. Richardson
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

Jose Deleon
SA-15-CR-00585-DAE(2)
June 2, 2021
Page 4

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other _____

Honorable David A. Ezra
Senior U.S. District Judge

06/14/2021

Date